# THE DISTRICT COURT OF GUAM

### Report on Offender Under Supervision

Name of Offender: **Albert Portusach Mendiola, Jr.**    Case Number: **CR 12-00085-001**

Name of Sentencing Judicial Officer: **Honorable Alex R. Munson, Senior Judge**

Date of Original Sentence: **April 28, 2015**

Original Offense:    Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)

**Original Sentence**: 46 months imprisonment, followed by a three year term of supervised release with conditions to include that he: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from the use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; comply with the standard conditions of supervision; participate in a program approved by the U.S. Probation Office for substance abuse, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol; make co-payment for the program at a rate to be determined by the U.S. Probation Office; refrain from the use of all alcoholic beverages; complete 50 hours of community service; and pay a $100 special assessment fee.

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **Febraury 2, 2017**

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Tested positive for use of methamphetamine on May 23, 2017. |

Mr. Mendiola submitted a diluted urine sample (laboratory confirmed) on April 27, 2017. He was counseled by this Officer regarding consuming excessive fluids prior to his scheduled drug tests.

On May 25, 2017, Mr. Mendiola admitted in writing to this Officer that he used "ice" on May 23, 2017. On interview, Mr. Mendiola reported that he used "ice" with an acquaintance.

**Supervision Compliance:** Mr. Mendiola is currently employed full time as a sales associate. He paid his special assessment fee and submitted to a DNA sample. He is being referred for substance abuse treatment and community service.

This report is submitted for the Court's information only, and no action is requested at this time. Mr. Mendiola has been warned that sanctions will result for any additional violations. His compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

| Reviewed by: | | Respectfully submitted, |
|---|---|---|
| /s/ JOHN W. SAN NICOLAS II<br>Supervisory U.S. Probation Officer | by: | /s/ STEPHEN P. GUILLIOT<br>U.S. Probation Officer Specialist |
| Date: June 27, 2017 | | Date: June 27, 2017 |

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ No Action.

☐ Other