**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
REVOCATION**

CASE NO.: CR-12-00085                    DATE: March 07, 2018
CR-05-00011-002

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio             Electronically Recorded: 10:10 - 10:17

**APPEARANCES:**

Defendant: Albert Mendiola, Jr.                  Attorney: Curtis Van de veld
☑ Present ☑ Custody ☐ Bond ☐ P.R.              ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David                  U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:                                     Language:

**PROCEEDINGS: Status Heairng**
- Defendant admits to all the allegations.
- Mr. Van de veld reports that his client has gone to the Light House Recovery Center for evaluation and is awaiting approval acceptance from LRC. Should the defendant be accepted probation is to notify the court and the court will release the defendant to participate in the inpatient program.
- Status Hearing is set for May 8, 2018 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: