# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT PORTUSACH MENDIOLA, JR.,<br><br>Defendant. | CRIMINAL CASE NO. 12-00085<br><br><br>**ORDER** |

On March 7, 2018, the court ordered that the Defendant continue to be detained by the United States Marshals Service ("USMS") until he was accepted for participation in the inpatient drug treatment program of the Salvation Army's Lighthouse Recovery Center ("LRC"). *See* Minutes, ECF No. 106.

On March 28, 2018, the U.S. Probation Office informed the court that bed space at the LRC Residential Treatment program was immediately available for the Defendant. Accordingly, the court hereby ORDERS the USMS to release the Defendant from custody forthwith. Upon release, the Defendant shall proceed immediately and directly to the LRC so that he can begin his participation in the inpatient drug treatment program. The Defendant is ordered to comply with all rules and regulations of the LRC Residential Treatment program. Failure to so comply may result in his return to detention with the USMS.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Mar 28, 2018**